IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:21-CR-00110-M

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>IVAN ELIJAH DARDEN<br><br>Defendant. | ORDER |

This matter comes before the court on Defendant's pro se motion [DE 59] to correct his presentence report to reflect his revised "Criminal History Score" after Defendant received a sentence reduction. DE 59 at 1; *see also* DE 56 (granting sentence reduction). Defendant contends that the Bureau of Prisons "uses the Defendant's Criminal History Score for various purposes, including classification and the application of First Step Act credits," and that revision of his presentence report will enable the Bureau of Prisons "to correctly classify the Defendant as well as determine his First Step Act PATTERN score, which calculates, among other things, a defendant's risk of recidivism." *Id.* at 1-2.

The United States is directed to file a response to Defendant's motion on or before August 22, 2025. *See United States v. Powell*, No. 4:20-CR-3096, 2025 WL 561440, at *1 (D. Neb. Feb. 20, 2025) (directing government response in same circumstances because court could not "readily determine whether its post-judgment modification of the defendant's presentence report would actually have a downstream effect on his classification by BOP").

SO ORDERED this 8th day of August, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE