IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:21-CR-00110-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| IVAN ELIJAH DARDEN, | |
| Defendant. | |

This matter comes before the court on the Defendant's motion to correct his presentence report. DE 59. The United States explains in its response that the Bureau of Prisons has been made aware of the relevant changes to the Defendant's criminal history category. As such, no further action is required. The Defendant's motion is DENIED as moot.

SO ORDERED this 26th day of August, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE